UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-175-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS CHRISTOPHER GALLOWAY | CORRECTED ORDER |

This matter is before the Court on the defendant's Motion to Extend Pretrial Motions for thirty (30) days and Continue the Arraignment and Trial. Upon good cause shown, it is hereby ORDERED that an extension of time to file any and all pretrial motions is GRANTED. The defendant shall be allowed through and including <u>August 13, 2015</u> to file said motions.

The government shall have 14 days to file it's responses to said motions.

For good cause shown, it is hereby ORDERED that the arraignment in this matter be continued until <u>September term</u>.

This Court has determined that the ends of justice outweigh the best interests of the public and the defendant in a speedy trial. The delay occasioned by the extension of the pretrial motions deadline and continuance shall be excluded in computing the defendant's speedy trial time. See 18 U.S.C. § 3161(h)(7).

SO ORDERED.

This __9__ day of __July__, 2015.

_____
TERRENCE W. BOYLE
United States District Judge