PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thomas Christopher Galloway            Docket No. 5:15-CR-175-1BO

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Tiffany C. Peacock, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Thomas Christopher Galloway, who was placed under pretrial release supervision by the Honorable Robert T. Numbers, II, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 8th day of June, 2015.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On June 17, 2015, the defendant tested positive for cocaine. The defendant admitted to using cocaine after he was released on bond and suggests that he was under an extreme amount of stress. Furthermore on July15, 2015 the defendant signed an admission to the use of cocaine on July 8, 2015. An unsolicited phone call was placed to the Postal Inspector in Raleigh, North Carolina where the defendant made comments that lead the Postal Inspector to believe he might harm himself. As a result of this conversation the Federal Public Defender's Office and the United States Probation Office were contacted, and it was decided that the defendant would be referred to mental health treatment. Both the Government and defense counsel were contacted and have no objection to the court modifying the conditions of release to include drug and mental health treatment conditions.

    **PRAYING THAT THE COURT WILL ORDER** the defendant's conditions of release be modified to include:

1. The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

2. The defendant must participate in a program of mental health treatment, as directed by the probation office.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Tiffany C. Peacock<br>Tiffany C. Peacock<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2545<br>Executed On: July 22, 2015 |

### ORDER OF THE COURT

Considered and ordered on July 28, 2015. It is further ordered that this document shall be filed and made a part of the records in the above case.

*/s/ Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge