IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-175-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER** |
| v. | ) | **AMENDING JUDGMENT** |
| | ) | |
| THOMAS CHRISTOPHER GALLOWAY | ) | |

This matter is before the Court on the Government's Motion to Correct Judgment in a Criminal Case pursuant to Fed. R. Crim. P. 35(a). Upon good cause shown, the motion is GRANTED.

The arithmetical error in the sentence is corrected, and the Judgment in a Criminal Case amended to reflect the correct amount of restitution as $16,322.75. Except as herein modified, all other conditions of the original judgment shall remain in full force and effect.

SO ORDERED, this 15 day of March, 2016.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE