UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Thomas Christopher Galloway Docket No. 5:15-CR-175-1BO

## Petition for Action on Probation

COMES NOW John Seth Coleman, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Thomas Christopher Galloway, who, upon an earlier plea of guilty to Possession of Stolen Mail, in violation of 18 U.S.C. § 1708, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 2, 2016, to 36 months probation under the conditions adopted by the court.

On September 9, 2017, a violation report was submitted to the court due to the defendant's failing to pay restitution. The court agreed to continue supervision at that time.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The supervising officer feels the defendant would benefit from mental health counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the Probation Office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved, I declare under penalty of perjury that the foregoing
 is true and correct.

/s/ Eddie J. Smith /s/ John Seth Coleman
Eddie J. Smith John Seth Coleman
Supervising U.S. Probation Officer U.S. Probation Officer
 150 Rowan Street Suite 110
 Fayetteville, NC 28301
 Phone: 910-354-2545
 Executed On: March 09, 2018

**ORDER OF THE COURT**

Considered and ordered this __11__ day of __March__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge