# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2545
Fax: 910-483-2690

**DATE:** June 28, 2018
**FROM:** John Seth Coleman
U.S. Probation Officer
**SUBJECT:** GALLOWAY, Thomas Christopher
Docket No.: 5:15CR00175
<u>**EARLY TERMINATION REQUEST**</u>
**TO:** Honorable Terrence W. Boyle
U.S. District Judge

On March 02, 2016, the above named was placed on probation for a period of 36 months.

On March 9, 2018, a violation report was submitted to the court due to the defendant's failing to pay restitution. The court agreed to continue supervision at that time.

On or about March 26, 2018, the defendant suffered a major stroke and has been hospitalized at Cape Fear Valley Medical Center since that time. Per the physicians' notes forwarded by his case worker, the defendant's prognosis is not good, and he will require long term care for the foreseeable future. As a result, we are asking that the court consider terminating the defendant's supervision early.

The defendant has been compliant with the conditions of his supervision, aside from his inability to pay restitution. At this time, the defendant has been unable to pay anything toward the restitution, leaving the full balance of $16,322.75, outstanding. Should the defendant's ability to pay change, the U.S. Attorney's Office may seek to recoup the restitution owed by any means they deem appropriate.

Assistant U.S. Attorney Felice Corpening has been briefed on this matter, and indicated that her office has no objection to early termination.

Should the court have any questions regarding this case, please feel free to contact me at (910)483-8163.

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.                                                 **Crim. No. 5:15-CR-175-1BO**

**THOMAS CHRISTOPHER GALLOWAY**

On March 02, 2016, the above named was placed on probation for a period of 36 months. The offender has suffered some major health issues, and as a result continued supervision is no longer appropriate. It is accordingly recommended that the offender be discharged from supervision.

Reviewed and approved,                         I declare under penalty of perjury that the foregoing is true and correct.

/s/ Eddie J. Smith                                     /s/ John Seth Coleman  
Eddie J. Smith                                          John Seth Coleman  
Supervising U.S. Probation Officer               U.S. Probation Officer  
                                                           150 Rowan Street Suite 110  
                                                           Fayetteville, NC 28301  
                                                           Phone: 910-354-2545  
                                                           Executed On: June 28, 2018

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this _28_ day of _June_, 2018.

_/s/ Terrence W. Boyle_  
Terrence W. Boyle  
U.S. District Judge